DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE A. POLICARE,**
Appellant,

v.

**MICHAEL J. POLICARE,**
Appellee.

No. 4D22-1706

[April 27, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312004DR051151.

A. Julia Graves of the Law Office of A. Julia Graves, P.A., Vero Beach, for appellant.

Margaret Keys McCain of the Law Office of A. Margaret Keys McCain, P.A., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***